Charles G. Miller, State Bar No. 39272
Michael D. Abraham, State Bar No. 125633
Howard I. Miller, State Bar No. 251878
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
EXPEDITORS INTERNATIONAL
OF WASHINGTON, INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOGITECH EUROPE S.A., a Swiss corporation; and LOGITECH INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation, and DOES 1 through 1000, inclusive,<br><br>Defendants. | No. CV 10-00374 JW<br>**SECOND AMENDED [PROPOSED] ORDER TO WITHDRAW ATTORNEY WORK-PRODUCT** |

Defendant Expeditors International of Washington, Inc. ("Expeditors") brought a motion for an order to withdraw a protected, attorney work-product document from the Court's record and determining that its inadvertent disclosure did not constitute a waiver of privilege. Having read the motion, the memoranda of points and authorities, the stipulation and all other matters presented to the Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Expeditors' Motion is GRANTED:

1. The attorney work-product email, Docket No: 31-4, page 65 of 65, is to be removed from the Court record by the Clerk of this Court and returned to counsel for defendant; and

-1-

2. The inadvertent disclosure of the email did not waive privilege with regard to the contents of the email or its subject matter.

This order also terminates Stipulation and Order for Removal of Protected Work Product (Docket Item No. 55). The Clerk shall remove exhibit number 4 of Docket Item No. 31. The moving party shall refile the corrected copy to the docket.

Dated: March 10, 2010

*/s/ James Ware*
UNITED STATES DISTRICT COURT JUDGE