IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Logitech Europe, S.A., et al., | NO. C 10-00374 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Expeditors International of Washington, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on May 3, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 69.)

On March 8, 2010, Defendant filed a Motion to Stay Action Due to Pendency of "First-Filed" Action in Washington or in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), which is set for hearing on June 7, 2010. (hereafter, "Defendant's Motion to Transfer," Docket Item No. 56). The parties represent that Plaintiffs have moved to stay a parallel case before the Western District of Washington and to transfer venue to this Court, and that the motion is fully briefed and pending decision. (Statement at 2.)

In light of the pending motion to transfer venue, the Court VACATES the Case Management Conference. The Court will set a new Case Management Conference in its Order addressing Defendant's Motion to Transfer, if necessary.

Dated: April 27, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles G. Miller cmiller@bztm.com
Howard Ira Miller hmiller@bztm.com
I. Neel Chatterjee nchatterjee@orrick.com
Karen G. Johnson-McKewan kjohnson-mckewan@orrick.com
Michael David Abraham mabraham@bztm.com
Nikka Noel Rapkin nrapkin@orrick.com

**Dated: April 27, 2010**                                     **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**