

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge James Ware

NORTHERN DISTRICT OF CALIFORNIA

5/17/2010

1  Charles G. Miller, State Bar No. 39272
   Michael D. Abraham, State Bar No. 125633
2  Howard I. Miller, State Bar No. 251878
   BARTKO, ZANKEL, TARRANT & MILLER
3  A Professional Corporation
   900 Front Street, Suite 300
4  San Francisco, California  94111
   Telephone:    (415) 956-1900
5  Facsimile:    (415) 956-1152

6  Attorneys for Defendants
   EXPEDITORS INTERNATIONAL
7  OF WASHINGTON, INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11 | LOGITECH EUROPE S.A., a Swiss                ) | No. CV 10-00374 JW
   | corporation; and LOGITECH INC., a California )
12 | corporation,                                 ) | **STIPULATION IN SUPPORT OF**
   |                                              ) | **EXPEDITORS MOTION RE:**
13 |                    Plaintiffs,               ) | **WITHDRAWAL OF CONFIDENTIAL**
   |                                              ) | **MATERIAL AND FOR LEAVE TO**
14 |         v.                                   ) | **FILE UNDER SEAL [CIVIL L.R. 79-5]**
   |                                              )
15 | EXPEDITORS INTERNATIONAL OF                  )
   | WASHINGTON, INC., a Washington               ) | Date:     N/A
16 | corporation, and DOES 1 through 1000,        ) | Time:     N/A
   | inclusive,                                   ) | Location:  Department 21
17 |                                              ) |           Honorable James Ware
   |                    Defendants.               )
18 |                                              )

19

20  THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

21

22          1.       On January 26, 2010, Logitech Europe S.A. and Logitech Inc. (collectively

23  "Logitech") filed a complaint against Expeditors International of Washington, Inc. ("Expeditors")

24  in the Santa Clara Superior Court.  At the same time, it also filed papers in support of a Temporary

25  Restraining Order ("TRO").  Expeditors removed the action on January 27, 2010, and filed its

26  Opposition to the TRO on February 1, 2010.

27

28                                       -1-

BARTKO ZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

2.    Expeditors asserts that in the filings described in paragraph 1 above, the parties filed the materials described in Exhibit 1, attached hereto, which contain commercially sensitive, trade secret and/or confidential information that are subject to several confidentiality agreements between the parties.  The agreements include the Logitech Inc. Freight Services Agreement of August 1, 2007, at paragraph 9 (Lanzing Decl., ¶2, Exh. A, [Dkt. 18-1]), the Logitech Europe S.A. Freight Services Agreement of July 1, 2007, at paragraph 9 (Rapkin Decl. ¶2, Exh. A, [Dkt. 13-1]) and the Logitech Europe S.A. Freight Services Agreement of September 28, 2005, at paragraph 9 (Compl., Exh. A, [Dkt. 1, pp. 51-54]) which state in pertinent part:

> Confidential information includes but is not limited to all information…including without limitation…information relating to research, development, products, methods of manufacture, trade secrets, business plans, customers, vendors, finances…and other material or information considered proprietary by the disclosing party…

A stand-alone Nondisclosure Agreement was also signed by Expeditors International B.V. and Logitech Europe S.A. effective November 26, 2008, which established mutual nondisclosure obligations regarding Confidential Information which is defined to include:

> any information…such as (a) trade secrets, (b) financial information, including pricing, (c) business information including operations, suppliers, planning, customers, business opportunities, marketing interests… (Nott Decl., ¶4, Exh. 3.)

Logitech does not concede the applicability of these provisions to any of the Filings referred to in paragraph 1 hereof, but does not wish to expend litigation resources in resolving that dispute at this time.

3.    Based on Expeditors' representations that these materials contain commercially sensitive, trade secret and/or confidential information, and upon Logitech's preference not to litigate the confidentiality of such materials at this time, the parties stipulate that all copies of these materials may be removed by the Clerk from the Court's files and returned to counsel for the party in whose filings the materials appear.

BARTKOZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 · Fax (415) 956-1152

-2-

4.    The parties further stipulate and agree that they may re-file such returned materials under seal subject to an Order of this Court under to Civil L.R. 79-5.

IT IS SO STIPULATED

DATED: April 2̲0̲ 2010

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: _____
Nikka N. Rapkin
Attorneys for Plaintiffs
LOGITECH EUROPE S.A.
and LOGITECH, INC.

DATED: April 2̲6̲, 2010

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
Howard I. Miller
Attorneys for Defendants
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC

-3-

STIPULATION RE:  ADMINISTRATIVE MOTION
REMOVAL OF CONFIDENTIAL INFORMATION AND REFILLING UNDER SEAL
Case No. CV 10-00374 JW

BARTKOZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152