MEREDITH N. LANDY (State Bar No. 136489)
ROBERTA H. VESPREMI (State Bar No. 225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone: (650) 473-2600
Facsimile:  (650) 473-2601
E-Mail:      mlandy@omm.com
                 rvespremi@omm.com

Attorneys for Defendant and Consolidated Plaintiff
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE LOGITECH-EXPEDITORS LITIGATION | Case No. 5:10-cv-00374-JW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND CONSOLIDATED PLAINTIFF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. AND (PROPOSED) ORDER APPROVING SUBSTITUTION** |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant and Consolidated Plaintiff Expeditors International of Washington, Inc. ("Expeditors"), hereby substitutes Meredith N. Landy and Roberta H. Vespremi, of the law firm of O'Melveny & Myers LLP, 2765 Sand Hill Road, Menlo Park, California 94025, telephone (650) 473-2600, as attorneys of record in the above-captioned action in place of prior counsel of record, Charles G. Miller, Howard I. Miller, and Michael D. Abraham, of the law firm Bartko, Zankel, Tarrant & Miller, P.C., 900 Front Street, Suite 300, San Francisco, California 94111, telephone (415) 956-1900.


Dated: September 29, 2010         EXPEDITORS INTERNATIONAL OF
                                  WASHINGTON, INC.



                                  By:_____/s/ A.J. Tangeman_____
                                       A.J. Tangeman
                                       Vice President, General Counsel &
                                       Secretary

Dated: September 29, 2010         MEREDITH N. LANDY
                                  ROBERTA H. VESPREMI
                                  O'MELVENY & MYERS LLP



                                  By:_____/s/ Meredith N. Landy_____
                                       Meredith N. Landy

                                  Attorneys for Defendant and Consolidated
                                  Plaintiff
                                  EXPEDITORS INTERNATIONAL OF
                                  WASHINGTON, INC.

The above Substitution is hereby consented to:

Dated: September 29, 2010     CHARLES G. MILLER
                                HOWARD I. MILLER
                                MICHAEL D. ABRAHAM
                                BARTKO, ZANKEL, TARRANT &
                                MILLER, P.C.

                              By:   /s/ Charles G. Miller
                                        Charles G. Miller

     I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Notice of Substitution of Counsel.  In compliance with General Order 45, X.B., I hereby attest that A.J. Tangeman and Charles G. Miller have concurred in this filing.

                              By:   /s/ Meredith N. Landy
                                        Meredith N. Landy

## (PROPOSED) ORDER

     The above Substitution is hereby approved.

Dated: September 30, 2010

                              Hon. James     Ware
                              United States District Court Judge

1

## **Certificate of Service**

2       The undersigned certifies that on September 29, 2010, the foregoing document was

3   filed with the Clerk of the U.S. District Court for the Northern District of California, using

4   the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General

5   Order 45.  The ECF system serves a "Notice of Electronic Filing" to all parties and

6   counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and

7   General Order 45 to accept that Notice as service of this document.

8

9       Dated: September 29, 2010           MEREDITH N. LANDY
                                            ROBERTA H. VESPREMI
10                                          O'MELVENY & MYERS LLP

11

12                                          By:_____/s/ Meredith N. Landy_____
                                                  Meredith N. Landy

13                                          Attorneys for Defendant and Consolidated
                                            Plaintiff
14                                          EXPEDITORS INTERNATIONAL OF
                                            WASHINGTON, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -