1  MEREDITH N. LANDY (State Bar No. 136489)
   ROBERTA H. VESPREMI (State Bar No. 225067)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025
   Telephone: (650) 473-2600
4  Facsimile:  (650) 473-2601
   E-Mail:      mlandy@omm.com
5                rvespremi@omm.com

6  Attorneys for Defendant and Consolidated Plaintiff
   EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 
   IN RE LOGITECH-EXPEDITORS           Case No. 5:10-cv-00374-JW
13 LITIGATION
                                        STIPULATION AND [PROPOSED]
14                                      ORDER EXTENDING TIME FOR
                                        DEFENDANT AND
15                                      CONSOLIDATED PLAINTIFF
                                        EXPEDITORS INTERNATIONAL
16                                      OF WASHINGTON, INC. TO FILE
                                        AMENDED CONSOLIDATED
17                                      ANSWER AND COUNTERCLAIMS

18

19

20

21

22

23

24

25

26

27

28

1

## **RECITALS**

2     **WHEREAS**, on October 15, 2010, plaintiffs and consolidated defendants Logitech

3 Europe S.A. and Logitech Inc. ("Plaintiffs") filed a Consolidated Complaint for (1) Breach of

4 Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Conversion; (4)

5 Intentional and Negligent Interference with Prospective Economic Advantage; and (5) Damages

6 against defendant and consolidated plaintiff Expeditors International of Washington, Inc.

7 ("Defendant") pursuant to Section A of the Court's September 22, 2010 Order Consolidating

8 Cases; Scheduling Order ("Order").

9     **WHEREAS,** under the Order, Defendant must file its Amended Consolidated Answer and

10 Counterclaims ("Answer and Counterclaims") no later than November 1, 2010.

11     **WHEREAS,** the parties have agreed to allow Defendant an additional 30 days to file its

12 Answer and Counterclaims.  No previous request for an extension has been made.

13

## **STIPULATION OF THE PARTIES**

14     **THEREFORE**, to promote judicial economy and to conserve the parties' resources, the

15 parties hereto, by and through their respective counsel, hereby stipulate, and request that the

16 Court enter an order as follows:

17     (1)    Defendant's time to file its Answer and Counterclaims is extended to and

18 including December 1, 2010.

19     (2)    Plaintiffs shall file their Answer to Defendant's Counterclaims on or before

20 December 22, 2010.

21     **IT IS SO STIPULATED**.

22

23     Dated:  October 28, 2010      MEREDITH N. LANDY
                    ROBERTA H. VESPREMI

24                         O'MELVENY & MYERS LLP

25                     By:  /s/ Meredith N. Landy
                            Meredith N. Landy

26

27                     Attorneys for Defendant
                    EXPEDITORS INTERNATIONAL OF
                    WASHINGTON, INC.

28

1

2    Dated:  October 28, 2010          KAREN G. JOHNSON-MCKEWAN
                                        NIKKA N. RAPKIN
3                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

4

5                                       _____/s/ Karen G. Johnson-McKewan_____
                                            Karen G. Johnson-McKewan

6                                       Attorneys for Plaintiffs
                                        LOGITECH EUROPE S.A., and
7                                       LOGITECH, INC.

8

9        I, Meredith N. Landy, am the ECF User whose ID and password are being used to

10   file this Stipulation and [Proposed] Order Extending Time for Defendant and

11   Consolidated Plaintiff Expeditors International of Washington, Inc. to File Amended

12   Consolidated Answer and Counterclaims.  In compliance with General Order 45, X.B., I

13   hereby attest that Karen G. Johnson-McKewan has concurred in this filing.

14

15                                      By:_____/s/ Meredith N. Landy_____
                                            Meredith N. Landy

16

17

18                              **O R D E R**

19       Pursuant to stipulation, IT IS SO ORDERED.

20

21   DATED:  _November 2,_ 2010         _____
                                            The Honorable James    Ware
22                                          United States District Judge

23

24

25

26

27

28