1  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
2  NIKKA N. RAPKIN (SBN 244207)
   nrapkin@orrick.com
3  DONALD A. SNEAD (SBN 256138)
   dsnead@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   I. NEEL CHATTERJEE (SBN 173985)
8  nchatterjee@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA  94025
10 Telephone:    (650) 614-7400
   Facsimile:    (650) 614-7401
11
   Attorneys for Plaintiffs and Consolidated Defendants
12 LOGITECH EUROPE S.A., LOGITECH, INC., and
   LOGITECH INTERNATIONAL S.A.
13

*IT IS SO ORDERED*
Judge James Ware
11/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Logitech - Expeditors Litigation* | Case No.  10-CV-00374-JW<br><br>**STIPULATION IN SUPPORT OF LOGITECH'S MOTION TO WITHDRAW CONFIDENTIAL MATERIAL AND FOR LEAVE TO FILE UNDER SEAL [CIVIL L.R. 79-5]** |

**THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:**

1. On October 15, 2010, Plaintiffs Logitech Europe S.A. and Logitech Inc. and Consolidated Defendant Logitech International S.A. (collectively, "Logitech") filed an Amended Consolidated Complaint ("Complaint") against Expeditors International of Washington, Inc. ("Expeditors," collectively the "Parties") in United States District Court, Northern District of California, San Jose Division [Docket No. 101].

2. Portions of the Complaint, namely Exhibits A through D ("Exhibits") and all references to the Exhibits therein, are subject to a stipulated protective order entered into between the Parties and ordered by this Court on April 13, 2010 ("Protective Order") [Docket No. 67], attached hereto as Exhibit A. The Exhibits include various freight services agreements entered into between Logitech and Expeditors, including an agreement between Logitech, Inc. and Expeditors, dated August 1, 2007, an agreement between Logitech Europe, SA and Expeditors, dated September 28, 2005, an agreement between Logitech Europe, SA and Expeditors, dated July 1, 2007 and amendments thereto.

3. On May 21, 2010, Expeditors filed with this court a Stipulation in Support of Expeditors Motion re: Withdrawal of Confidential Material and for Leave to File Under Seal ("May 21, 2010, Stipulation") [Docket No. 84]. By and through the May 21, 2010, Stipulation, Expeditors asserts that certain materials, including the Logitech Freight Services Agreements attached as Exhibits to the Consolidated Complaint are "confidential information that are subject to several confidentiality agreements between the parties" and thereby designated these materials as Protected Materials consistent with the Protective Order. (May 21, 2010, Stipulation ¶ 2.) The Parties further stipulated that "[b]ased on Expeditors' representations that these materials contain commercially sensitive, trade secret and/or confidential information, and upon Logitech's preference not to litigate the confidentiality of such materials at this time, the parties stipulate that all copies of these materials may be removed by the Clerk from the Court's files and returned to counsel for the party in whose filings the materials appear." (May 21, 2010, Stipulation ¶ 3.)

4. Logitech does not concede the confidentiality of any of the Exhibits referred to above, nor to any references contained within the Consolidated Complaint, but acknowledges that

1  Expeditors has designated the Exhibits as Protected Material and that these materials and all
2  references thereto are subject to the Protective Order consistent with Expeditors' assertions in the
3  May 21, 2010, Stipulation and Protective Order section 2.7.

4      5.    Because the Exhibits and all references thereto within the Complaint are subject to
5  the Protective Order, the Parties stipulate that all copies of these materials may be removed by the
6  Clerk from the Court's files and returned to counsel for the party in whose filings the materials
7  appear.

8      6.    The Parties further stipulate and agree that Logitech may re-file such returned
9  materials under seal subject to an Order of this Court pursuant to Civil L.R. 79-5 and section 10
10 of the Protective Order entered in this matter.

11 **IT IS SO STIPULATED.**

12 Dated: November 5, 2010

KAREN G. JOHNSON-MCKEWAN
I. NEEL CHATTERJEE
NIKKA N. RAPKIN
DONALD A. SNEAD
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Karen G. Johnson-McKewan*
KAREN G. JOHNSON-MCKEWAN
Attorneys for Plaintiffs
LOGITECH EUROPE S.A., LOGITECH, INC.,
and LOGITECH INTERNATIONAL S.A.

20 Dated: November 5, 2010

MEREDITH N. LANDY
ROBERTA H. VESPREMI
O'MELVENY & MEYERS LLP

*/s/ Meredith N. Landy*
MEREDITH N. LANDY
Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

26  / / /
27  / / /
28  / / /

I hereby attest that the concurrence in the filing of this document has been obtained from Meredith N. Landy, Attorneys for Defendant Expeditors International of Washington, Inc..

Dated: November 5, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                              /s/ Karen G. Johnson-McKewan
                              KAREN G. JOHNSON-MCKEWAN
                              Attorneys for Plaintiffs
                              LOGITECH EUROPE S.A., LOGITECH, INC.,
                              and LOGITECH INTERNATIONAL S.A.