MEREDITH N. LANDY (State Bar No. 136489)
ROBERTA H. VESPREMI (State Bar No. 225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:      mlandy@omm.com
             rvespremi@omm.com

Attorneys for Defendant and Consolidated Plaintiff
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE LOGITECH-EXPEDITORS LITIGATION | Case No. 5:10-cv-00374-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AND CONSOLIDATED PLAINTIFF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. TO FILE AMENDED CONSOLIDATED ANSWER AND COUNTERCLAIMS** |

## RECITALS

**WHEREAS**, on October 15, 2010, plaintiffs and consolidated defendants Logitech Europe S.A. and Logitech Inc. ("Plaintiffs") filed a Consolidated Complaint for (1) Breach of Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Conversion; (4) Intentional and Negligent Interference with Prospective Economic Advantage; and (5) Damages against defendant and consolidated plaintiff Expeditors International of Washington, Inc. ("Defendant") pursuant to Section A of the Court's September 22, 2010 Order Consolidating Cases; Scheduling Order ("September 22, 2010 Order").

**WHEREAS,** under the September 22, 2010 Order, Defendant had until November 1, 2010 to file its Amended Consolidated Answer and Counterclaims ("Answer and Counterclaims").

**WHEREAS,** the parties filed a stipulation and [proposed] order to extend time for Defendant to file its Answer and Counterclaims.  The Court entered the Order, which allowed Defendant an additional thirty days to file its Answer and Counterclaims.

**WHEREAS,** the parties have agreed to allow Defendant an additional sixteen days to file its Answer and Counterclaims.

## STIPULATION OF THE PARTIES

**THEREFORE**, to promote judicial economy and to conserve the parties' resources, the parties hereto, by and through their respective counsel, hereby stipulate, and request that the Court enter an order as follows:

(1)   Defendant's time to file its Answer and Counterclaims is extended to and including December 17, 2010.

(2)   Plaintiffs shall file their Answer to Defendant's Counterclaims on or before January 14, 2011.

**IT IS SO STIPULATED**.

Dated:  December 1, 2010        MEREDITH N. LANDY
                                ROBERTA H. VESPREMI
                                O'MELVENY & MYERS LLP

|   |   |
|---|---|
|   | By: /s/ Meredith N. Landy<br>Meredith N. Landy |
|   | Attorneys for Defendant<br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. |
| Dated: December 1, 2010 | KAREN G. JOHNSON-MCKEWAN<br>NIKKA N. RAPKIN<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | /s/ Karen G. Johnson-McKewan<br>Karen G. Johnson-McKewan |
|   | Attorneys for Plaintiffs<br>LOGITECH EUROPE S.A., and<br>LOGITECH, INC. |

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time for Defendant and Consolidated Plaintiff Expeditors International of Washington, Inc. to File Amended Consolidated Answer and Counterclaims. In compliance with General Order 45, X.B., I hereby attest that Karen G. Johnson-McKewan has concurred in this filing.

By: /s/ Meredith N. Landy
Meredith N. Landy

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 2, 2010

_____
The Honorable James Ware
United States District Judge