KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NIKKA N. RAPKIN (SBN 244207)
nrapkin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:       (415) 773-5759

I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:      (650) 614-7400
Facsimile:       (650) 614-7401

Attorneys for Plaintiffs
LOGITECH EUROPE S.A., LOGITECH, INC., and
LOGITECH INTERNATIONAL S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| *In re Logitech - Expeditors Litigation* | Case No.  10-CV-00374-JW<br><br>**STIPULATION OF DISMISSAL** |
|---|---|

OHS WEST:261142821.1

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Logitech Europe S.A., Logitech, Inc., and Logitech International S.A. and Defendant Expeditors International of Washington, Inc. (collectively the "Parties") hereby dismiss their respective claims and counterclaims in this action with prejudice. Each side will bear its own costs and attorneys' fees.

Dated: May 6, 2011

KAREN G. JOHNSON-MCKEWAN
I. NEEL CHATTERJEE
NIKKA N. RAPKIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Karen G. Johnson-McKewan*
KAREN G. JOHNSON-MCKEWAN
Attorneys for Plaintiffs
LOGITECH EUROPE S.A., LOGITECH, INC.,
and LOGITECH INTERNATIONAL S.A.

Dated: May 6, 2011

MEREDITH LANDY
ROBERTA VESPREMI
O'MELVENY & MYERS LLP

/s/ *Meredith Landy*
MEREDITH LANDY
Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

Orrick attests that concurrence in the filing of the document has been obtained from the other signatories, which shall serve *in lieu* of their signature on the document.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Nikka Rapkin*
Nikka N. Rapkin