KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
NIKKA N. RAPKIN (SBN 244207)
nrapkin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

Attorneys for Plaintiffs
LOGITECH EUROPE S.A., LOGITECH, INC., and
LOGITECH INTERNATIONAL S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Logitech - Expeditors Litigation* | Case No.  10-CV-00374-EJD<br><br>**STIPULATION TO RELEASE BOND** |

1    WHEREAS on February 3, 2010, Plaintiffs Logitech Europe S.A. and Logitech, Inc., filed

2    a Bond in the amount of three million dollars ($3,000,000) in the above-captioned matter (the

3    "Bond") as a condition for a preliminary injunction pursuant to this Court's Order of February 2,

4    2010 [Docket No. 45];

5    WHEREAS the Parties Logitech Europe S.A., Logitech, Inc., and Logitech International

6    S.A., and Expeditors International of Washington, Inc. (collectively, the "Parties") entered into a

7    Settlement Agreement on May 4, 2011, agreeing to settle this case, and filed a Notice of

8    Settlement with this Court on May 4, 1011 [Docket No. 117];

9    WHEREAS the Parties stipulated to dismissal of this case on May 6, 2011 [Docket No.

10   118]; and

11   WHEREAS for these reasons, the Parties respectfully request the Court order the release

12   and cancellation of the Bond.

13   **IT IS SO STIPULATED.**

14   Dated: May 19, 2011                    KAREN G. JOHNSON-MCKEWAN

15                                          I. NEEL CHATTERJEE
                                           NIKKA N. RAPKIN
16                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                          _/s/ Karen G. Johnson-McKewan_
                                           KAREN G. JOHNSON-MCKEWAN
19                                          Attorneys for Plaintiffs
                                           LOGITECH EUROPE S.A., LOGITECH, INC.,
20                                          and LOGITECH INTERNATIONAL S.A.

21

22

23

24

25

26

27

28

STIPULATION TO RELEASE BOND
10-CV-00374-EJD

1     Dated: May 19, 2011               MEREDITH LANDY
                                          ROBERTA VESPREMI

2                                           O'MELVENY & MYERS LLP

3

4                                      */s/ Meredith Landy*

5                                       MEREDITH LANDY
                                       Attorneys for Defendant

6                                    EXPEDITORS INTERNATIONAL OF
                                       WASHINGTON, INC.

7

8

9 Orrick attests that concurrence in the filing of the document has been obtained from the other

signatories, which shall serve *in lieu* of their signature on the document.

10

11                              ORRICK, HERRINGTON & SUTCLIFFE LLP

12                              By:*/s/ Karen G. Johnson-McKewan*
                                   Karen G. Johnson-McKewan

13

14                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15 Dated: _____May 20_____, 2011

16

17                                       EDWARD J. DAVILA
                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28